**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**RENELLA FRASER,**

    **Plaintiff,**

**v.**                                                     **Case No.: 3:16-cv-01131-BJD-MCR**

**DITECH FINANCIAL, LLC,**

    **Defendant.**

_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on October 26, 2017. Plaintiff and her trial counsel, and Defendant's corporate representative and trial counsel attended and participated.

<u>The case has been completely settled.</u>

Done October 26, 2017 in Tampa, Florida.

                                       Respectfully submitted,

                                       <u>/s/ Peter J. Grilli</u>
                                       Peter J. Grilli, Esq.
                                       Florida Bar No. 237851
                                       Mediator
                                       3001 West Azeele Street
                                       Tampa, Florida 33609
                                       813.874.1002    Fax: 813.874.1131
                                       email: peter@grillimediation.com

I HEREBY CERTIFY that October 26, 2017 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                       <u>/s/ Peter J. Grilli</u>
                                       Peter J. Grilli, Esq.