# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RENELLA FRASER,

      Plaintiff,

v.                                                Case No. 3:16-cv-1131-J-39MCR

DITECH FINANCIAL, LLC,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 26; Stipulation) filed on January 16, 2018. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

ORDERED:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 17th day of January, 2018.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*